Ivory BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. 74599.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Paul Yarns, Office of the Special Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Ivory Brown, Movant, appeals to this court challenging the denial of his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Joseph F. MILES, Appellant,

v.

STATE of Missouri, Respondent.

No. 74566.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Gwenda R. Robinson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Movant Joseph F. Miles was convicted of one count of resisting arrest, Section 575.150, RSMo 1994, after entering a guilty plea. He now appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's determination is not clearly erroneous. Rule 24.035(k). No precedential or jurisprudential purpose would be served by an extended opinion reciting the detailed facts and restating the principles of law. We affirm the judgment pursuant to Rule 84.16(b).